UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00324

———

**Trinity Moses,**
*Plaintiff,*

v.

**Titilope Iyiola,**
*Defendant.*

———

# ORDER

Plaintiff, an inmate proceeding pro se, brought this action alleging violations of his constitutional rights. Doc. 1. The case was referred to a magistrate judge, who ordered plaintiff to file an amended complaint. Doc. 3. Plaintiff filed an amended complaint as instructed. Doc. 7. Thereafter, the magistrate judge ordered defendant to answer or otherwise respond, and defendant moved to dismiss the complaint. Docs. 8; 16. Plaintiff failed to respond. The magistrate judge then issued a report recommending that the court dismiss plaintiff's complaint for failure to state a claim. Doc. 18 at 11. No party filed objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. All claims in this matter are dismissed with prejudice for failure to state a claim. Any pending motions are denied as moot.

*So ordered by the court on July 21, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -